Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23780−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kathleen L Baylock
  fka Kathleen L Mason, fka Kathleen L Langston
  1446 S. 9th Street
  Camden, NJ 08104

Social Security No.:
  xxx−xx−0283

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/18/19
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 17, 2019
JAN: jpl

                         Jeanne Naughton
                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-23780-JNP
Kathleen L Baylock                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1             Date Rcvd: Jul 17, 2019
                              Form ID: 132               Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db             +Kathleen L Baylock,    1446 S. 9th Street,    Camden, NJ 08104-1544
518353869      +Aspen Mastercard,    P.O. Box 105555,    Atlanta, GA 30348-5555
518353870      +CCMUA,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
518353871      +Cherry Hill Township Municipal Court,     820 Mercer Street,    Cherry Hill, NJ 08002-2638
518353872      +City of Camden,    520 Market Street,    Camden, NJ 08102-1399
518353874      +Deptford Township Municipal Court,     1011 Cooper Street,    Woodbury, NJ 08096-3076
518353876      +Midland Funding,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518353878       PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518353879       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518353877      +Pennsauken Municipal Court,    2400 Bethel Avenue,    Merchantville, NJ 08109-2791
518353880      +State of New Jersey Dept of Labor & Work,     P.O. Box 951,    Trenton, NJ 08625-0951
518353881       State of New Jersey Surcharge Violation,     P.O.Box 4775,    Trenton, NJ 08650-4775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 23:54:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 23:54:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518353875      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 23:54:09      Ditech Financial LLC,
                 1400 Turbine Drive,    Rapid City, SD 57703-4719
518353882      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2019 23:53:23
                 Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518353873*     +City of Camden,    520 Market Street,    Camden, NJ 08102-1399
518353883*     +Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Mark W Ford    on behalf of Debtor Kathleen L Baylock markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```