UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

**Order Filed on August 14, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Kathleen Baylock

Case Number:     19-23780)

Hearing Date:    August 13, 2019 @10:00 a.m.

Judge:           Jerrold N. Poslusny.

Chapter:              13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER TO EXTEND STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been was presented to the Court by Marc W. Ford, Esq. and, for good cause it is

ORDERED that the stay will be continued on the bankruptcy case including but not limited to the property known as 1446 S. 9th Street, Camden, NJ  08104