Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−23780−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen L Baylock
   fka Kathleen L Mason, fka Kathleen L
   Langston
   1446 S. 9th Street
   Camden, NJ 08104

Social Security No.:
   xxx−xx−0283

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          11/6/19
Time:         10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: September 30, 2019
JAN: kvr

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-23780-JNP
Kathleen L Baylock                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2019
                             Form ID: 132             Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db           +Kathleen L Baylock,    1446 S. 9th Street,   Camden, NJ 08104-1544
518353869    +Aspen Mastercard,    P.O. Box 105555,    Atlanta, GA 30348-5555
518465743    +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
518353870    +CCMUA,   P.O. Box 1105,    Bellmawr, NJ 08099-5105
518353871    +Cherry Hill Township Municipal Court,    820 Mercer Street,   Cherry Hill, NJ 08002-2638
518353872    +City of Camden,    520 Market Street,    Camden, NJ 08102-1399
518353874    +Deptford Township Municipal Court,    1011 Cooper Street,   Woodbury, NJ 08096-3076
518361384    +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518475045     Ditech Financial LLC c/o,    Ditech Financial LLC F/K/A Green Tree Se,    PO Box 12740,
               Tempe AZ 85284-0046
518353876    +Midland Funding,    c/o Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
518353878     PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518353879     PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518353877    +Pennsauken Municipal Court,    2400 Bethel Avenue,   Merchantville, NJ 08109-2791
518353880    +State of New Jersey Dept of Labor & Work,    P.O. Box 951,   Trenton, NJ 08625-0951
518353881     State of New Jersey Surcharge Violation,    P.O.Box 4775,   Trenton, NJ 08650-4775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 01:38:53     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 01:38:50     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518353875    +E-mail/Text: bankruptcy.bnc@ditech.com Oct 01 2019 01:38:37     Ditech Financial LLC,
               1400 Turbine Drive,    Rapid City, SD 57703-4719
518373136    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 01:54:31     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518460083    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 01:53:55     Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518353882    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 01 2019 01:34:08
               Verizon,   PO Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518353873*   +City of Camden,    520 Market Street,    Camden, NJ 08102-1399
518353883*   +Verizon,   PO Box 4833,    Trenton, NJ 08650-4833
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mark W Ford    on behalf of Debtor Kathleen L Baylock markfordlaw@juno.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```