| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:   Kathleen Baylock Mason | Case Number:   19-23780<br><br>Judge:   JNP<br><br>Chapter:   13 |

| Recommended Local Form:  ☒ Followed   ☐ Modified |
|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## ✗✗ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. Motion for Relief from the Automatic Stay filed

    By___Ditech Financial LLC_____, creditor,

A hearing has been scheduled for  January 7, 2020 , at 10:0 a.m.

OR

Motion to Dismiss filed by the Chapter    Trustee.

A hearing has been scheduled for         am.

☐    Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons **(choose one)**:

☒  I will be making a mortgage payment next week and I will also make other arrangements to catch up. I have also applied for a loan modification.

.

This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

3.  I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/20/19          /s/Kathleen Baylock Mason

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**