UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Mark W. Ford, LLC
Mark W. Ford, Esquire
4 1/2 N. Broadway
P.O. Box 110
Gloucester City, NJ 08030
856-456-8811

**Order Filed on February 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kathleen L. Baylock

| | |
|---|---|
| Case No.: | 19-23780 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER AUTHORIZING RETENTION OF

Mark W. Ford, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: February 5, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Mark W. Ford, Esquire_____
as _____special counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is:  Mark W. Ford, LLC
    4 1/2 N. Broadway, P.O. Box 110
    Gloucester City, NJ 08030

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*