DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re:   Kathleen L. Baylock Mason

Case Number:   19-23780

Judge:   JNP

Chapter:   13

Recommended Local Form:   ☒ Followed   ☐ Modified

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
# XX CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
# TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. Motion for Relief from the Automatic Stay filed

    By_____, creditor,

A hearing has been scheduled for  .

OR

Motion to Dismiss filed by the Chapter    Trustee.

A hearing has been scheduled for  .

☐   Certification of Default filed by NewRez, LLC, d/b/a Shellpoint Mortgage Servicing .  creditor,

I am requesting a hearing be scheduled on this matter.

OR

Certification of Default filed by Standing Chapter 13

Trustee I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

X  I will be sending a payment next week in the amount of $700.

This certification is being made in an effort to resolve the issues raised by the Trustee in its motion.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: 2-12-21  /s/ Kathleen Baylock Mason

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**