Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–23780–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kathleen L Baylock
fka Kathleen L Mason, fka Kathleen L Langston
1446 S. 9th Street
Camden, NJ 08104

Social Security No.:
xxx–xx–0283

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           March 9, 2021
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification in Opposition to Creditors Certification of Default (related document:63 Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by Harold N. Kaplan on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 02/23/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibits) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Mark W Ford on behalf of Kathleen L Baylock. (Ford, Mark)

and transact such other business as may properly come before the meeting.


Dated: February 16, 2021
JAN: kaj

Jeanne Naughton
Clerk