| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor New Rez d/b/a Shellpoint Mortgage Servicing<br><br>Harold N. Kaplan, Esq. HK0226 | Order Filed on July 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Kathleen L Baylock,**<br>**fka Kathleen L Mason,**<br>**fka Kathleen L Langston,**<br>**Debtor.** | Case No.:    19-23780-JNP<br><br>Chapter:    13<br><br>Hearing Date:  July 6, 2021<br><br>Judge:    Jerrold N. Poslusny Jr. |

## ORDER DENYING DEBTORS MOTION TO REINSTATE AUTOMATIC STAY AS TO NEW REZ D/B/A SHELLPOINT MORTGAGE SERVICING

The relief set forth on the following page, is hereby ORDERED.

**DATED: July 14, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, as to real property located at 1446 S. 9TH Street, Camden, New Jersey 08104, opposition filed thereto and after oral argument.

It is hereby ORDERED.

    The Debtor's Motion to Reinstate the Automatic Stay is Denied