UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor New Rez d/b/a
Shellpoint Mortgage Servicing

Harold N. Kaplan, Esq. HK0226

In Re:

**Kathleen L Baylock,
fka Kathleen L Mason,
fka Kathleen L Langston,
Debtor.**

Order Filed on July 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-23780-JNP

Chapter:    13

Hearing Date:  July 6, 2021

Judge:    Jerrold N. Poslusny Jr.

## ORDER DENYING DEBTORS MOTION TO REINSTATE AUTOMATIC STAY AS TO NEW REZ D/B/A SHELLPOINT MORTGAGE SERVICING

The relief set forth on the following page, is hereby ORDERED.

**DATED: July 14, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, as to real property located at 1446 S. 9TH Street, Camden, New Jersey 08104, opposition filed thereto and after oral argument.

It is hereby ORDERED.

    The Debtor's Motion to Reinstate the Automatic Stay is Denied

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 19-23780-JNP

Kathleen L Baylock                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 2
Date Rcvd: Jul 14, 2021                  Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

**Recip ID          Recipient Name and Address**
db                 +  Kathleen L Baylock, 1446 S. 9th Street, Camden, NJ 08104-1544

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Ditech Financial LLC hkaplan@rasnj.com informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 14, 2021 | Form ID: pdf903 | Total Noticed: 1

Mark W Ford
    on behalf of Debtor Kathleen L Baylock markfordlaw@juno.com reginaperfetti1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 9