| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Kathleen Baylock Mason | Case No.: 19-23780<br><br>Chapter: 13<br><br>Judge: JNP |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], __Kathleen Baylock Mason__, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on _____.

2) I was current with plan payments through __9.10.21__.

3) I was current with post-petition mortgage payments through __N/A__ on property located at _____.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☒ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at __1446 S 8th Street Camden NJ 08104__.

      ☒ YES  ☐ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ☒ YES  ☐ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at __N/A__.

      ☐ YES  ☐ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ☒ YES  ☐ NO

5) I was current with post-petition auto payments through _____NA_____ on the following automobile(s). [If not applicable, skip] __(Not auto loans)__.

6) The change in my household income previously reported on Schedule I is $ _____.
My current household income is $ __2,519.00__. I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
My current total household expenses are now $ __2,057__.

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> Covid 19 has reduced job opportunities for me to Alternate employment in todays economy and has affected my husbands ability to find a job as he remains on unemployment. I am disabled from my current job and was let go. I have pending claims for workers compensation that are unresolved. Even my ability to protect my job and my job claims have been severely compromised by limited my contacts with Wal mart.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: __9.10.21__       __Kathleen Baylock-May__
                         Debtor's Signature

Dated: _____   _____
                         Debtor's Signature

*new.12/2020*

2