| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:   Kathleen Baylock Mason | Case Number:   19-23780<br><br>Judge:   JNP<br><br>Chapter:   13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF SERVICE

1. I, Regina Perfetti:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Mark W. Ford, who represents the Debtor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On October 25, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 25, 2021                        /s/ Regina Perfetti
                                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Rez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC  29603-0826 | Creditor | ❏ Hand-delivered<br>X Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| Robertson, Anshutz, Schneid & Crane LLC<br>Authorized Agent for Secured Creditor<br>10700 Abbotts Bridge Road<br>Suite 170<br>Duluth, GA  30097 | | ❏ Hand-delivered<br>X Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>X Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>X Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |